**HEFNER, STARK & MAROIS, LLP**
Kirk E. Giberson (CA Bar Assn. No. 125155)
Thomas P. Griffin, Jr. (CA Bar Assn. No. 155133)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: tgriffin@hsmlaw.com

Attorneys for Defendant
CB MERCHANT SERVICES,
sued herein as CB MERCHANTS

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA
(Fresno Division)

| | |
|---|---|
| RADHA SHARMA,<br><br>    Plaintiff,<br><br>v.<br><br>CB MERCHANTS,<br><br>    Defendant. | Case No.   1:10-CV-00595-AWI-SKO<br><br>**STIPULATION TO SET ASIDE ENTRY OF DEFAULT AND ORDER THEREON**<br><br>**(Doc. 14.)** |

    Radha Sharma, Plaintiff herein ("Plaintiff'), and CB Merchants Services, sued herein as CB Merchants ("CB"), by and through their attorneys of record, hereby stipulate to set aside the entry of default against CB in this matter as follows:

    1.    On July 7, 2010, the clerk of the court entered the default of CB on the request of Plaintiff.

    2.    On July 9, 2010, CB filed an answer to the complaint in this matter.

    3.    On August 9, 2010, CB filed pleadings in support of a motion to set aside the entry of the default.

    4.    On August 16, 2010, Plaintiff filed a statement of nonopposition to the motion.

///

///

///

5. Plaintiff and CB hereby stipulate that the entry of default entered against CB on July 7, 2010, shall be set aside and that the answer filed by CB on July 9, 2010, shall be accepted as CB's answer to Plaintiff's complaint in this matter.

Dated: September 9, 2010          KROHN & MOSS, LTD.

By  /s/
Ryan Lee
Vivek Tandon
Attorneys for Plaintiff Radha Sharma

Dated: September 9, 2010          HEFNER, STARK & MAROIS, LLP

By  /s/
Kirk E. Giberson
Thomas P. Griffin, Jr.
Attorneys for Defendant CB MERCHANT SERVICES, sued herein as CB MERCHANTS

IT IS SO ORDERED.

Dated:  **September 10, 2010**          /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

HEFNER, STARK & MAROIS, LLP
Sacramento, California

2

Sharma v. CB Merchants
Case No.: 1:10-CV-00595-AWI-SKO

Stip Set Aside Default
K:\SKO\To_Be_Signed\10cv595.Stip&Order.SetAsideDefault.nah.wpd