Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400
F: (866) 861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
RADHA SHARMA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| RADHA SHARMA | Case No.: 1:10-cv-00595-AWI-SKO |
| Plaintiff, | |
| vs. | **NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RYAN LEE** |
| | **Honorable Judge Sheila K. Oberto** |
| CB MERCHANTS | **Date: December 1, 2010** |
| Defendant. | **Time: 9:30 a.m.** |
| | **Rm.: 8 – 6th Floor** |

**TO: DEFENDANT ABOVE NAMED AND ITS ATTORNEY:**

PLEASE TAKE NOTICE that on December 1, 2010 at 9:30 a.m. before Honorable Sheila K. Oberto of the United States District Court located at 2500 Tulare Street, Courtroom #8 – 6th Floor, Fresno, California 93721, Ryan Lee of KROHN & MOSS, LTD., counsel for Plaintiff will move this Court for Motion to Withdraw as Counsel.

WHEREFORE, Ryan Lee of KROHN & MOSS, LTD., counsel for Plaintiff, respectfully requests that the Court grant him leave to withdraw, effective immediately.

//

//

- 1 -

RESPECTFULLY SUBMITTED,

DATED:  October 20, 2010          KROHN & MOSS, LTD.


By:  /s/ Ryan Lee_____

Ryan Lee
Attorney for Plaintiff

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL

Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400
F: (866) 861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
RADHA SHARMA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| RADHA SHARMA ) | Case No.: 1:10-cv-00595-AWI-SKO |
| Plaintiff, ) | |
| vs. ) | **MOTION TO WITHDRAW AS COUNSEL OF RYAN LEE** |
| ) | **Honorable Judge Sheila K. Oberto** |
| CB MERCHANTS ) | **Date: December 1, 2010** |
| Defendant. ) | **Time: 9:30 a.m.** |
| ) | **Rm.: 8 – 6th Floor** |

## MOTION TO WITHDRAW AS COUNSEL

Ryan Lee of KROHN & MOSS, LTD., counsel for Plaintiff, hereby notifies the parties of his intent to withdraw as attorney of record for Plaintiff Radha Sharma, and moves the Court to permit withdrawal.  The following are grounds for this motion:

1.  Plaintiff has failed to communicate with Counsel making it impossible for Counsel to effectively represent Plaintiff in this action.

2.  A scheduling order has not been entered in this matter.

3.   Counsel submits that ample time remains for Plaintiff to either engage other counsel or proceed *Pro Se* without prejudice to Plaintiff.

- 3 -

4.   Counsel has provided prior notice to Plaintiff of the present motion.  Defendant will receive notice through contemporaneous service of this Motion.

5.   Papers may continue to be served on Ryan Lee of KROHN & MOSS, LTD. and until substitute counsel file their Notice of Appearance or Plaintiff files a Notice to Appear *Pro Se*. Ryan Lee of KROHN & MOSS, LTD. will forward all such papers to Plaintiff until such time as Notice(s) of Appearance are filed on behalf of Plaintiff.

Based on the foregoing, Counsel respectfully requests that the Court grant him leave to withdraw, effective immediately.  A proposed form of order is simultaneously filed herewith.

RESPECTFULLY SUBMITTED,

DATED:  October 20, 2010                KROHN & MOSS, LTD.


By:  /s/ Ryan Lee_____

Ryan Lee
Attorney for Plaintiff